# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: PHELAN, JOSEPH M. §<br>PHELAN, MARY M. §<br>§<br>Debtor(s) § | Case No. 09-70398 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 08/18/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 07/06/2010        By:  /s/BERNARD J. NATALE
                                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: PHELAN, JOSEPH M.             § Case No. 09-70398
       PHELAN, MARY M.               §
                                     §
Debtor(s)                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $        13,779.69

*and approved disbursements of*               $         3,801.48

*leaving a balance on hand of* [1]            $         9,978.21

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                            N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BERNARD J. NATALE | $ 1,800.00 | $ |
| Attorney for trustee | BERNARD J. NATALE, LTD. | $ 5,437.56 | $ 240.65 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*           *Fees*           *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $ _____ | $ _____ |
| *Attorney for* | _____ | $ _____ | $ _____ |
| *Accountant for* | _____ | $ _____ | $ _____ |
| *Appraiser for* | _____ | $ _____ | $ _____ |
| *Other* | _____ | $ _____ | $ _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,839.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 27A | Kyle Victor | $ 340.06 | $ 78.44 |
| 27B | Jacqueline Sumpter | $ 627.76 | $ 144.80 |
| 27C | Ricky Saengsouvanh | $ 215.91 | $ 49.81 |
| 27D | John LaMeyer | $ 944.56 | $ 217.87 |
| 27E | Randall Kosch | $ 944.56 | $ 217.86 |
| 27F | Douglas Hulsey | $ 627.76 | $ 144.79 |
| 27G | Esquivel Rufino | $ 397.42 | $ 91.66 |
| 27H | Stephen Canfield | $ 944.56 | $ 217.86 |
| 27I | Elias Espinosa | $ 664.48 | $ 153.26 |
| 27J | Todd Booker | $ 340.06 | $ 78.43 |
| 27K | Adam Larson | $ 340.06 | $ 78.43 |
| 27L | Terry Wilson | $ 627.76 | $ 144.79 |
| 27M | James Greinke | $ 944.56 | $ 217.86 |
| 27N | Daniel Larson | $ 944.56 | $ 217.86 |
| 27O | Raymond Zwiger | $ 340.06 | $ 78.43 |
| 27P | Courtney Kosch | $ 295.08 | $ 68.06 |
| 27Q | Benjamin Borello | $ 534.83 | $ 123.36 |
| 27R | Todd Iverson | $ 265.74 | $ 61.29 |
| 27S | Gregory Kamysz | $ 361.64 | $ 83.41 |
| 27T | Joshua Ruffner | $ 137.58 | $ 31.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 241,710.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5 | McHenry County Orthopedics SC | $ 508.48 | $ 0.00 |
| 6 | Flamingo Landscape, Inc. | $ 42,000.00 | $ 0.00 |
| 7 | Capital One Bank (USA) NA | $ 6,092.26 | $ 0.00 |
| 8 | Capital One Bank (USA) NA | $ 5,099.32 | $ 0.00 |
| 10 | Nissan Motor Acceptance Corporation | $ 893.12 | $ 0.00 |
| 11 | CHASE BANK USA | $ 23,663.36 | $ 0.00 |
| 12 | CHASE BANK USA | $ 1,865.86 | $ 0.00 |
| 16 | American Express Centurion Bank | $ 15,693.71 | $ 0.00 |
| 18 | American Express Centurion Bank | $ 104,072.81 | $ 0.00 |
| 21 | U.S. Bank N.A./Retail Payment Solutions | $ 9,233.32 | $ 0.00 |
| 23 -2 | Advanta Bank Corp | $ 2,845.71 | $ 0.00 |
| 26 | Alexander Lumber Co. | $ 6,253.03 | $ 0.00 |
| 28 -2 | Systems & Services Technologies, Inc. | $ 23,489.54 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett              Page 1 of 4                   Date Rcvd: Jul 28, 2010
Case: 09-70398                Form ID: pdf006             Total Noticed: 220


The following entities were noticed by first class mail on Jul 30, 2010.
db           +Joseph M. Phelan,    9509 Florence Court,    Woodstock, IL 60098-8631
jdb          +Mary M. Phelan,    9509 Florence Court,    Woodstock, IL 60098-8631
aty          +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
aty          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
aty          +Matthew T Ryon,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive, 1st Floor,
               Rockford, IL 61108-2579
aty          +Scott E Hillison,    6833 Stalter Drive Ste 201,    Rockford, IL 61108-2582
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
13513767     +A+ Staffing, Inc.,    c/o Jeffery Keck & Assoc.,    301 E. Calhoun St.,    Woodstock, IL 60098-4290
13513770    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp,     POB 8088,    Philadelphia, PA 19101)
14420891    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp,     c/o Becket and Lee LLP,    POB 3001,
               Malvern  PA 19355-0701)
13513786     +AT&T,    POB 8100,    Aurora, IL 60507-8100
13513787     +AT&T Capital Services,    13160 Collections Center Drive,    Chicago, IL 60693-0001
13513771     +Alabama Metal Industries,    c/o William Railey,    6801 Spring Creek Rd., 2D,
               Rockford, IL 61114-7420
13513772     +Alan J. Bolen,    2880C County Road #565,    Negaunee, MI 49866-9076
13513774     +Alexander Lumber Co.,    201 Virginia Road,    Crystal Lake, IL 60014-8736
13513773     +Alexander Lumber Co.,    c/o Franks, Gerkin & McKenna PC,    19333 E. Grant Hwy.,
               Marengo, IL 60152-8250
13513775     +Alloyweld Inspection Co., Inc.,    796 Maple Lane,    Bensenville, IL 60106-1585
13513776     +American Education Services,    POB 2461,    Harrisburg, PA 17105-2461
13513777     +American Express,    POB 0001,    Los Angeles, CA 90096-8000
13513778     +American Express Blue,    POB 0001,    Los Angeles, CA 90096-8000
14215482      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
13513779     +American Grinding & Machine Co.,    2000 No. Mango Ave.,    Chicago, IL 60639-2899
13513780     +Ameripath Florida,    POB 551148,    Tampa, FL 33655-1148
13513781     +Amico,    1115 E. 5000 North Rd.,    Bourbonnais, IL 60914-4229
13513782     +Aramark Uniform,    POB 828441,    Philadelphia, PA 19182-8441
13513783     +Aramark Uniform Services,    POB 7177,    Rockford, IL 61126-7177
13513784     +Ascent Mfg. Company,    123 Scott Street,    Elk Grove Village, IL 60007-1210
13513785     +Associated Spring Raymon,    1705 Indianwood Drivle,    Maumee, OH 43537-4097
13513788     +Automation Support,    POB 566,    Itasca, IL 60143-0566
13513798     +BTM Industries,    604 Washington Street,    Woodstock, IL 60098-2251
13513789     +Barrington Automation,    9116 Virginia Rd.,    Lake In The Hills, IL 60156-9600
13513790     +Bay Insultation of Illinois,    5810 Easst Avenue,    La Grange, IL 60525-7228
13513791     +Bear Headquarters,    2515 Production Dr.,    Saint Charles, IL 60174-3398
13513792     +Benard Koczor,    c/o Guy Youman,    4306F W. Crystal Lake Rd.,    Mchenry, IL 60050-4274
13513793     +Berna, Michael,    881 Village Quarter Road,    Dundee, IL 60118-2167
13513794     +Blocher Company,    POB 310,    Cullman, AL 35056-0310
13513795     +Bockman, Dan,    704 Kresswood Drive,    Mchenry, IL 60050-6439
13513796     +Brenco Machine & tool, Inc.,    6117 Factory Road,    Crystal Lake, IL 60014-7953
13513797     +Brown-Campbell Company,    11033 So. Langley Ave.,    Chicago, IL 60628-3818
13513799     +Bull Valley golf Club,    1311 Club Road,    Woodstock, IL 60098-8073
13513800     +C. Coffey Company, Inc.,    POB 487,    Buckner, KY 40010-0487
14142227     +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
               NORCROSS, GA 30091-5155
14156388     +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
13513813     +CHS NW,    POB 1450,    Minneapolis, MN 55485-1450
13513815     +CMC Management LLC,    c/o Andrew Platt,    65 E. Wacker, Suite 2300,    Chicago, IL 60601-7244
13513816     +CMW Welding,    2504 Westward,    Spring Grove, IL 60081-8852
13513802     +Caldwell, Bener & Caldwell,    100 1/2 Cass Street,    Woodstock, IL 60098-3207
13513803     +Caldwell, Berner & Caldwell,    100-1/2 Box 1289,    Woodstock, IL 60098-1289
13513804     +Capital One,    POB 6492,    Carol Stream, IL 60197-6492
13513805     +Capitol One,    POB 6492,    Carol Stream, IL 60197-6492
13513806     +Cartridge World,    17 E. Crystal Lake Plaza,    Crystal Lake, IL 60014-7928
13513807     +Catching Fluid Power,    4793 Cold Road,    Rockford, IL 61109-2610
13513808     +Chan, Joseph,    16 E. Canterbury Lane,    Buffalo Grove, IL 60089-7035
13513809     +Chase Auto Finance,    POB 9001083,    Louisville, KY 40290-1083
13513811     +Chase Card Services-AOL,    POB 15153,    Wilmington, DE 19886-5153
13513812     +Chasteen, Tom,    426 No. Carter,    Palatine, IL 60067-8639
13513814     +Cintas First Aid & Safety,    1870 Brummel Drive,    Elk Grove Village, IL 60007-2121
13513817     +Coface Collections North America, I,    POB 8510,    Metairie, LA 70011-8510
13513818     +Columbia Pipe & Supply Co.,    23671 Network Place,    Chicago, IL 60673-0001
13513819     +Computer Aided Technology,    165 Arlington Heights Rd., Ste 101,    Buffalo Grove, IL 60089-1783
13513820     +Concept Plus International, Inc.,    925 Willow Lane,    Dundee, IL 60118-1914
13513821     +Consolidated Electrical Distributor,    171 Erick Street, Unit U1,    Crystal Lake, IL 60014-4550
13513822     +Cordstrap USA, Inc.,    POB 081340,    Racine, WI 53408-1340
13513823     +Credit Bureau Services,    POB 908,    Cape Girardeau, MO 63702-0908
13513824     +Crystal Lake Dermatology,    278 Memorial Drive,    Crystal Lake, IL 60014-6254
13513825     +Crystal Lake Engraving,    9112 Butternut Drive,    Crystal Lake, IL 60014-3907
13513826     +Culligan,    POB 5277,    Carol Stream, IL 60197-5277
13513827      D & D Automation,    658 Erie Street Stratford,    Ontario CANADA
13513828     +D & G Welding Supply Co.,    7705 Industrial Drive ,,    Spring Grove, IL 60081-8359
13513833     +DGI Supply Chicago,    1480 Wolf Road,    Wheeling, IL 60090-6514
13513829     +DeKalb Iron & Metal,    POB 645,    Dekalb, IL 60115-0645
13622064     +Decor & You,    900 Main Street South,    Building No. 2,    Southbury, CT 06488-4237
13513830     +Dell Business Credit,    1 Dell Way,    Round Rodk, TX 78682-7000
```

```
District/off: 0752-3          User: vgossett              Page 2 of 4                   Date Rcvd: Jul 28, 2010
Case: 09-70398                Form ID: pdf006             Total Noticed: 220

13513831      +Dell Marketing,    c/o Dell USA POB 802816,     Chicago, IL 60680-2816
13513832      +Design Resource Center,     424 Fort Hill Drive, Suite 118,    Naperville, IL 60540-3910
13513834      +Dill Brothers,    3401 - 20th Street,    Zion, IL 60099-1492
13513835      +Dr. Jeffrey S. Kellogg,    3412 So. Illinois Avenue,     Carbondale, IL 62903-8362
13513836      +EESCO,   POB 802578,    Chicago, IL 60680-2578
13513836       Eagle Fastneners Corp,    453 E. Dartmoor Drive,     Crystal Lake, IL 60014
13513837      +Edgar Scharp,    4162 Pleasant Valley Rd.,    Brighton, MI 48114-9284
13513839      +Eisenmann Corp.,    150 E. Dartmoor Drive,    Crystal Lake, IL 60014-8710
13513840      +Electrical Control Distributers,     740 Industrial Dr.,    Cary, IL 60013-3373
13513841       Electrozad Supply Co.,    2900 Jefferson Blvd,    POB 3340,    Windsor Ontario NBN SM4
13513842      +Erie Insurance,    100 Erie Insurance Place,     Erie, PA 16530-9000
13513843      +Esquivel, Rufino,    430 Leah Lane, Apt. 1C,    Woodstock, IL 60098-7135
13513844       Exechon AB,   Orrvagen 26-A1,    SE-19255 Sollentuna Sweden
13513846      +Express Services, Inc.,    c/o Larry Wilbrandt,     pob 730039,    Dallas, TX 75373-0039
13513845      +Express lawn Care & Maintenance,     1104 Zimmerman Road,    Woodstock, IL 60098-7782
13513847      +Fastenal,   POB 978,    Winona, MN 55987-0978
13513848      +Fed Ex,   POB 94515,    Palatine, IL 60094-4515
13513849      +Ferguson,   POB 802817,    Chicago, IL 60680-2817
13513851      +First Equity Card Corp.,    POB 23029,    Columbus, GA 31902-3029
13566390      +First Financial Bank NA,    c/sst, C/O J Ward Holliday & Assoc,     501 Elm Street Ste  400,
                Dallas, TX 75202-3321
13513852      +First Horizon/First TN Bank,     POB 2351,   Memphis, TN 38101-2351
13585813      +First Tennessee Bank,    6522 Chapman Highway, Suite 110,     Knoxville, TN 37920-6567
13513853      +Fisher Scientific,    2000 Park Lane,    Pittsburgh, PA 15275-1104
13513854      +Fisher/Unitech,    1920 No. Thoreau, Suite 175,     Schaumburg, IL 60173-4155
13513855      +Fitzgerald Equipment Co.,    4650 Boeing Drive,     Rockford, IL 61109-2996
13513856      +Flamingo Landscape, Inc.,    850 McHenry Ave., Suite D,     Crystal Lake, IL 60014-7442
13513857      +Fort Dearborn Life Insurance,     36788 Eagle Way,    Chicago, IL 60678-0001
13513858      +Fox Valley Internal Medicine,     650 Dakota Street, Suite A,     Crystal Lake, IL 60012-3744
13513859      +Grainger,   2974 Eastrodk Drive,     Rockford, IL 61109-1738
13513860      +Grenlund, Dave,    130 Prairie St.,    POB 123,    Sharon, WI 53585-0123
13513861      +H & M Limousine Service,    1079 Rock Road Lane,     POB 410,    Dundee, IL 60118-0410
13513865      +HR Accounts, Inc.,    7017 John Deere Pkwy,    Moline, IL 61265-8072
13513862      +Hilton Grand Vacations Club,     75 Remittance Dr., Ste1440,     Chicago, IL 60675-1440
13513863      +Holy Apostles,    5211 Bull Valley Road,    Mchenry, IL 60050-7429
13513864      +Home State Bank,    POB 1738,    Crystal Lake, IL 60039-1738
13513869      +IMF Inc.,   POB 453,    Greeneville, TN 37744-0453
13513867      +Igus, Inc.,    POB 14349,    East Providence, RI 02914-0349
13513868      +Illinois Tollway,    POB 5201,    Lisle, IL 60532-5201
13735733      +Infiniti Financial Services,     c/o Ross W Bartolotta,    2525 Cabot DFrive Suite 205,
                Lisle, IL 60532-3628
13513870      +Infiniti Financil Services,     POB 9001132,   Louisville, KY 40290-1132
13513871      +JA Frate, Inc.,    POB 497,    Crystal Lake, IL 60039-0497
13513872      +JDP Service & Maintenance,    3104 Turnberry Drive,     Mchenry, IL 60050-7554
14215749      +JPMorgan Chase Bank, N.A.,     c/o Mary Lautenbach,    201 N Central Ave, AZ1-1191,
                Phoenix, AZ 85004-0073
13513875      +JTN,   30690 Cypress,    Romulus, MI 48174-3599
13513873      +Jeremy Polizzi,    c/o Law Office of Marion T. Suskin,     731 N. Milwaukee Ave.,
                Libertyville, IL 60048-1913
13513878      +KHL Engineered Packaging,    100 Progress Rd.,     Lombard, IL 60148-1333
13513876      +Kaltenbach, Inc.,    6775 Inwood Drive,    Columbus, IN 47201-8939
13513879      +Klapperich Tool, Inc.,    857 Schneider Drive,     Bloomingdale, IL 60117-0001
13513882       L.A. Fasteners,    15 W. 650 So. Frontage Rd.,     Willowbrook, IL 60527
13513883      +Lea & Sachs, Inc.,    1345 Golf Rd.,    Des Plaines, IL 60016-1271
13513884      +Lee Jensen Sales,    101 W. Terra Cotta Ave.,     Crystal Lake, IL 60014-3507
13513885      +Lescher, Al,    20530 Meadow Lane,    Barrington, IL 60010-3670
13513886      +Liebovich Steel,    2116 Preston St.,    Rockford, IL 61102-1897
13513887      +Logsdon Office Supply,    1055 Arthur,    Elk Grove Village, IL 60007-5218
13513907      +MTD-USA LLC',    155 Hall St.,    Spartanburg, SC 29302-1523
13513888      +Magnetek,   POB 13615,    Milwaukee, WI 53213-0615
13513889      +Marcus Oil,    PO Drawer 450267,    Houston, TX 77245-0267
13513890      +Marian Central Catholic HS,     1001 McHenry Avenue,    Woodstock, IL 60098-3035
13513891      +Mayfair Carpet,    661 So. Main St.,    Crystal Lake, IL 60014-6251
13513892      +McHenry Co. Economic Develoment,     5435 Bull Valley Rd., Ste 324,    Mchenry, IL 60050-7436
13513893      +McHenry County Collector,    667 Ware Road, Room 100,     Woodstock, IL 60098-8303
13513894      +McHenry County Orthopedics SC,     420 No. Route 31,    Crystal Lake, IL 60012-3718
13513896      +McHenry Radiologists,    POB 220,    Mchenry, IL 60051-0220
13513897      +McHenry Radiologists Imaging Assoc.,     POB 220,    Mchenry, IL 60051-0220
13513898      +McMaster Carr,    POB 7690,    Chicago, IL 60680-7690
13513899      +McNichols Co.,    251 Wille Rd., Ste C,    Des Plaines, IL 60018-1861
14434111      +Megan G. Heeg, Esq.,    Ehrmann Gehlbach Badger & Lee,     P.O. Box 447, 215 E. First Street,
                Dixon, IL 61021-0447
13513901      +Mid-Town Petroleum,    9707 So. 76th Ave.,    Bridgeview, IL 60455-2380
13513902      +Midas Touch,    1108 Broadway Avenue,    Woodstock, IL 60098-3065
13513904      +Miracle Financial,    52 Armstrong Road,    Plymouth, MA 02360-4807
13513905      +Moraine Emeregency Physicians,     POB 8759,   Philadelphia, PA 19101-8759
13513906      +Motion Industries,    786 Church Rd.,    Elgin, IL 60123-9306
13513908      +National Metal Fabricators,     2395 Greenleaf Ave.,    Elk Grove Village, IL 60007-5573
14155311       Nissan Motor Acceptance Corporation,     PO Box 660366 Dallas,Texas 75266
13513909      +Northwest Metrology,    5715 Wollochet Dr., NW,     Gig Harbor, WA 98335-7370
13513910      +O'Brien Steel Service Co.,    c/o Hasselberg,Williams,etal.,     124 SW Adams, Suite 360,
                Peoria, IL 61602-2321
13513911      +Oakley Stell Products,    650 So. 28th Ave.,    Bellwood, IL 60104-1982
13513912      +Omni Environmental,    POB 743,    Beaverton, OR 97075-0743
```

```
District/off: 0752-3          User: vgossett            Page 3 of 4                   Date Rcvd: Jul 28, 2010
Case: 09-70398                Form ID: pdf006           Total Noticed: 220

13513913     +On-Target Sales,    POB 7012,    Algonquin, IL 60102-7012
13513914     +P.D. Life Enterprises, Inc.,    c/o Larry Wilbrandt,    65 So. Virginia,
               Crystal Lake, IL 60014-5854
13513915     +Packaging Machinery, Inc.,    2303 Fairview,    Montgomery, AL 36108-4158
13513916      Palmquist Engineering,    A1 S0192 55 Sollentuna,    AB Fredrik Palmquist Orrvagen,
               Stockholm, Sweden
13551979     +Patriot Steel & Tube, Inc,    Attn: Bob Krautsak,    575 Tollgate Road, Suite #D,
               Elgin, IL 60123-9321
13513917     +Paychex,    c/o Corporation Collection Srevices,    POB 1500,    Henrietta, NY 14467-1500
13513918     +Pepper & Fuchs, Inc.,    1600 Enterprise,    Twinsburg, OH 44087-2245
13513919     +Phelan, Joseph,    9509 Florence Court,    Woodstock, IL 60098-8631
13513920     +Phelan, Mary,    9509 Florence court,    Bull Valley, IL 60098-8631
13513921     +Phelan, Michael,    9509 Florence Court,    Bull Valley, IL 60098-8631
14465281     +Phezer Enterprises, Inc. Health Plan,    c/o United States Department of Labor,
               200 West Adams, Suite 1600,    Chicago, IL 60606-5228
13513923     +Pier 1 Imports,    Card Service,    POB 15325,    Wilmington, DE 19886-5325
13513924     +Pittack, Gary,    165 Fosterville Rd.,    Bell Buckle, TN 37020-6144
13513926     +Pollina Corporation Real Estate,    401 Devon Ave.,    Park Ridge, IL 60068-4848
13513927     +Power Logic Corp.,    1 Montana Court,    Cary, IL 60013-1680
13513928      Premier Transportation,    115 Timber Drive,    Elgin, IL 60123
13513929     +Printere Supplies,    40F Terra Cotta Ave.,    Crystal Lake, IL 60014-3540
13513930     +Project Source Welders & Fab, Inc.,    4916 W. Elm Suite B,    Mchenry, IL 60050-4021
13513931     +Quest Diagnostics,    POB 64804,    Baltimore, MD 21264-4804
13513932     +Quill Corporation,    POB 37600,    Philadelphia, PA 19101-0600
13513942     +RSM Company,    811 Pressley Rd.,    Charlotte, NC 28217-0970
13513933     +Reliable Electrical Mechanical Serv,    299 Staunton Rd., Ste B,    Piqua, OH 45356-4045
13513934     +Retail Services,    POB 17602,    Baltimore, MD 21297-1602
13513936     +Revere Electrical Supply Co.,    2501 W. Washingotn Blvd.,    Chicago, IL 60612-2188
13513937     +Roadway Express,    POB 93151,    Chicago, IL 60673-3151
13513938      Robert James Sales,    4141 W. 116th Street,    Oak Forest, IL 60452
13513939     +Robin F. Pendergrast Photography,    POB 775,    Mchenry, IL 60051-0775
13513940     +Rockford Industrial Welding,    POB 5404,    Rockford, IL 61125-0404
13513941     +Rolled Alloy,    Dept. 33901,    POB 67000,    Detroit, MI 48267-0002
13513943     +Ryerson, Inc.,    455 85th Avenue Northwest,    Minneapolis, MN 55433-6026
13513952     +SST,    POB 3999,    Saint Joseph, MO 64503-0999
13513944     +Sallie Mae,    POB 9533,    Wilkes Barre, PA 18773-9533
13513945     +Scion Steel,    21555 Mullin Avenue,    Warren, MI 48089-3091
13513946     +Scott Manufacturing co., Inc.,    20 No. Slusser St.,    Grayslake, IL 60030-1525
13513947     +Secretary of State,    Business Services,    Springfield, IL 62756-0001
13513948     +Service Limousine,    2301 W. Rierside Drive,    Mchenry, IL 60050-8086
13513949     +Sheet Metal Workers Local 265,    c/o Catherine Chapman,    200 West Adams St., Ste2200,
               Chicago, IL 60606-5231
13513950      Sidero AB Lastmkargatan,    21 111 44,    Stockholm, Sweden
13513951     +Specialty Rolled Metals,    c/o William Ross,    1121 E. Main St., Ste200,
               Saint Charles, IL 60174-2275
13513953     +St. Mary’s Good Samaritan Medical,    POB 504398,    Saint Louis, MO 63150-4398
13513954     +Stan’s Financial Services, Inc.,    POB 1249,    1375 So. Eastwood Drive,
               Woodstock, IL 60098-4648
13513955     +Stan’s Office Technologies,    1375 So. Eastwood Dr.,    POB 1249,    Woodstock, IL 60098-1249
13513956      Steiner Electgric Company,    125 Touhy Ave,    Elk Groe Village, IL 6007
13513957     +Stevens, Jim,    8506 Sunset Drive,    Wonder Lake, IL 60097-8894
13513958      Stockbridge Mfg.,    831 So. Militar Rd.,    Stockbridge, WI 53088
13513959     +Strand Manufacturing, Inc.,    1515 5th St. South #C,    Hopkins, MN 55343-7824
13513960     +Strippet, Inc.,    12975 Clarence Center Rd.,    Akron, NY 14001-1371
13513961     +Swartz, John D.,    855 Wimbleton Lane,    Crystal Lake, IL 60014-8319
13513962     +Swick, Andrew,    576 Cross Creek Terrace,    Crystal Lake, IL 60014-7046
13513963     +TAG Technologies,    4121 W. Orleans St.,    Mchenry, IL 60050-3973
13513964     +Tandem Engineering,    10505 Coyne Station Rd.,    Huntley, IL 60142-9777
13513965      Tech 3,    16715 Yonge St., Unit 12,    Suite 231,    Newmarket, Ontario Canada LcX 1X4
14345392     +U.S. Bank N.A./Retail Payment Solutions,    P.O. Box 5229,    Cincinnati, OH 45201-5229
13513968     +UPS,    Lockbox 577,    Carol Stream, IL 60132-0001
13513970     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    Cardmember Services,    POB 2066,    Milwaukee, WI 53201)
13513969     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    POB 1038 CN-OH-L2TS,    Cincinnati, OH 45201)
13513966     +Uline,    2200 So. Lakeside Dr.,    Waukegan, IL 60085-8311
13513967     +Universal Premium Acceptance,    POB 212516,    Kansas City, MO 64121-2516
13513971     +Victor, Lynne,    9509 Florence,    Woodstock, IL 60098-8631
13513972     +Viking Materials, Inc.,    3434 Powell St.,    Franklin Park, IL 60131-1342
13513973     +W. Davis & Assoc., Inc.,    245 W. Roosevelt Rd., #15-125,    West Chicago, IL 60185-3739
13513974     +Waste Management,    Attn: Billing Department,    1411 Opus Pl, Ste 400,
               Downers Grove, IL 60515-1481
13513975     +Wesco,    c/o Amy Coupe,    20600 Chagrin Blvd., Suite 550,    Beachwood, OH 44122-5340
13513976     +Wessel, Dave,    1700 Wicker Street,    Woodstock, IL 60098-2456
13513977     +White Brothers Trucking,    4N793 School Rd.,    POB 82,    Wasco, IL 60183-0082
13513978     +Zwiger, Terry L.,    321 Sheridan St.,    Rockford, IL 61103-6328
13513850     +fifth Third Bank,    POB 740789,    Cincinnati, OH 45274-0789

The following entities were noticed by electronic transmission on Jul 28, 2010.
13513880     +E-mail/PDF: cr-bankruptcy@kohls.com Jul 29 2010 02:06:59      Kohl’s,    POB 2983,
               Milwaukee, WI 53201-2983
14472625     +Fax: 866-311-5818 Jul 28 2010 23:00:28      Systems & Services Technologies, Inc.,
               4315 Pickett Road,    St. Joseph, MO 64503-1600
                                                                                              TOTAL: 2
```

```
District/off: 0752-3          User: vgossett            Page 4 of 4              Date Rcvd: Jul 28, 2010
Case: 09-70398                Form ID: pdf006           Total Noticed: 220

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13513877      Kent H. Landsberg,   POB 201526,   OK 74320
13513881      Kyle Victor
13513922      Phezer Enterprises
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
13513768*    +A+ Staffing, Inc.,   c/o Jeffery Keck & Assoc.,   301 E. Calhoun St.,   Woodstock, IL 60098-4290
13513801*    +C. Coffey Company, Inc.,   POB 487,   Buckner, KY 40010-0487
13513810*    +Chase Auto Finance,   POB 9001083,   Louisville, KY 40290-1083
13513866*    +HR Accounts, Inc.,   7017 John Deere Pkwy,   Moline, IL 61265-8072
13513895*    +McHenry County Orthopedics SC,   420 No. Route 31,   Crystal Lake, IL 60012-3718
13513935*    +Retail Services,   POB 17602,   Baltimore, MD 21297-1602
13513769     ##+Abbott Rubber Co, Inc.,   2143 Lunt Avenue,   Elk Grove Village, IL 60007-5607
13513874     ##+Johnsston & Chapman,   2925 W. Carroll Ave.,   Chicago, IL 60612-1719
13513900     ##+Metals & Srevices,   330 W. North Ave.,   Addison, IL 60101-4911
13513903     ##+Midwest Recycling Services, Inc.,   2131 Harlem Road,   Loves Park, IL 61111-2751
13513925     ##+Pittsburgh Paints,   321 Virginia Ave.,   Crystal Lake, IL 60014-7230
                                                                           TOTALS: 3, * 7, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2010**              **Signature:**     *Joseph Speetjens*