**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: PHELAN, JOSEPH M. § Case No. 09-70398 | |
| PHELAN, MARY M. § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $1,693,600.00          Assets Exempt:  $39,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,873.64     Claims Discharged
                                                Without Payment: $250,675.88

Total Expenses of Administration: $11,279.69

---

3) Total gross receipts of $ 13,779.69  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 626.36  (see **Exhibit 2**), yielded net receipts of $13,153.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,234,811.29 | $216,891.90 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,896.92 | 12,166.01 | 11,279.69 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 21,309.00 | 10,839.00 | 1,873.64 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,586,341.74 | 897,247.68 | 241,710.52 | 0.00 |
| **TOTAL DISBURSEMENTS** | $3,821,153.03 | $1,151,345.50 | $264,715.53 | $13,153.33 |

4) This case was originally filed under Chapter 7 on February 11, 2009. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/23/2011          By: /s/BERNARD J. NATALE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| misc. furnishings | 1129-000 | 9,777.00 |
| Polaris ATV 2006 | 1129-000 | 4,000.00 |
| Interest Income | 1270-000 | 2.69 |
| **TOTAL GROSS RECEIPTS** | | **$13,779.69** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clerk of the U S Bankruptcy Court | Turnover of Unclaimed Funds | 8500-003 | 0.00 |
| CLERK OF THE BANKRUPTCY COURT | Payment of Unclaimed Funds from Case | 8500-001 | 626.36 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$626.36** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First Tennessee Bank | 4110-000 | N/A | 191,071.22 | 0.00 | 0.00 |
| 17 | JPMorgan Chase Bank, N.A. | 4110-000 | N/A | 19,308.97 | 0.00 | 0.00 |
| 20 | JPMorgan Chase Bank, N.A. | 4110-000 | N/A | 6,511.71 | 0.00 | 0.00 |
| 31UF | Chase Auto Finance | 4210-000 | 10,433.74 | N/A | N/A | 0.00 |
| 32UF | Chase Auto Finance | 4110-000 | 22,526.93 | N/A | N/A | 0.00 |
| 33UF | Home State Bank | 4110-000 | 1,159,754.00 | N/A | N/A | 0.00 |
| 34UF | Infiniti Financil Services | 4110-000 | 34,170.75 | N/A | N/A | 0.00 |
| 35UF | Retail Services | 4110-000 | 7,925.87 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $1,234,811.29 | $216,891.90 | $0.00 | $0.00 |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 240.65 | 240.65 | 240.65 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 8,840.50 | 5,437.56 | 5,437.56 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,127.97 | 1,800.00 | 1,800.00 |
| Terry Firch | 3610-000 | N/A | 2,841.72 | 2,841.72 | 1,955.40 |
| Terry Firch | 3610-000 | N/A | 951.88 | 951.88 | 951.88 |
| Terry Firch | 3620-000 | N/A | 886.32 | 886.32 | 886.32 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 7.88 | 7.88 | 7.88 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 15,896.92 | 12,166.01 | 11,279.69 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 27 | Phezer Enterprises, Inc. Health Plan | 5400-000 | N/A | 10,470.00 | 0.00 | 0.00 |
| 27A | Kyle Victor | 5400-000 | N/A | 340.06 | 340.06 | 0.00 |
| 27B | Jacqueline Sumpter | 5400-000 | N/A | 627.76 | 627.76 | 144.80 |
| 27C | Ricky Saengsouvanh | 5400-000 | N/A | 215.91 | 215.91 | 0.00 |
| 27D | John LaMeyer | 5400-000 | N/A | 944.56 | 944.56 | 217.87 |
| 27E | Randall Kosch | 5400-000 | N/A | 944.56 | 944.56 | 217.86 |
| 27F | Douglas Hulsey | 5400-000 | N/A | 627.76 | 627.76 | 144.79 |
| 27G | Esquivel Rufino | 5400-000 | N/A | 397.42 | 397.42 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 09-70398    Doc 131    Filed 04/01/11    Entered 04/01/11 09:47:44    Desc Main
Document      Page 5 of 18

| | | | | | | |
|---|---|---|---|---|---|---|
| 27H | Stephen Canfield | 5400-000 | N/A | 944.56 | 944.56 | 217.86 |
| 27I | Elias Espinosa | 5400-000 | N/A | 664.48 | 664.48 | 153.26 |
| 27J | Todd Booker | 5400-000 | N/A | 340.06 | 340.06 | 0.00 |
| 27K | Adam Larson | 5400-000 | N/A | 340.06 | 340.06 | 78.43 |
| 27L | Terry Wilson | 5400-000 | N/A | 627.76 | 627.76 | 144.79 |
| 27M | James Greinke | 5400-000 | N/A | 944.56 | 944.56 | 217.86 |
| 27N | Daniel Larson | 5400-000 | N/A | 944.56 | 944.56 | 0.00 |
| 27O | Raymond Zwiger | 5400-000 | N/A | 340.06 | 340.06 | 0.00 |
| 27P | Courtney Kosch | 5400-000 | N/A | 295.08 | 295.08 | 68.06 |
| 27Q | Benjamin Borello | 5400-000 | N/A | 534.83 | 534.83 | 123.36 |
| 27R | Todd Iverson | 5400-000 | N/A | 265.74 | 265.74 | 61.29 |
| 27S | Gregory Kamysz | 5400-000 | N/A | 361.64 | 361.64 | 83.41 |
| 27T | Joshua Ruffner | 5400-000 | N/A | 137.58 | 137.58 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 21,309.00 | 10,839.00 | 1,873.64 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Liebovich Steel | 7100-000 | N/A | 190,553.69 | 0.00 | 0.00 |
| 3 | Concept Plus International, Inc. | 7100-000 | N/A | 4,010.15 | 0.00 | 0.00 |
| 4 | Pollina Corporation Real Estate | 7100-000 | N/A | 57,000.00 | 0.00 | 0.00 |
| 5 | McHenry County Orthopedics SC | 7100-000 | N/A | 508.48 | 508.48 | 0.00 |
| 6 | Flamingo Landscape, Inc. | 7100-000 | N/A | 42,000.00 | 42,000.00 | 0.00 |
| 7 | Capital One Bank (USA) NA | 7100-000 | N/A | 6,092.26 | 6,092.26 | 0.00 |
| 8 | Capital One Bank (USA) NA | 7100-000 | N/A | 5,099.32 | 5,099.32 | 0.00 |
| 9 | Scott Manufacturing co., Inc. | 7100-000 | N/A | 24,926.12 | 0.00 | 0.00 |
| 10 | Nissan Motor Acceptance Corporation | 7100-000 | N/A | 893.12 | 893.12 | 0.00 |
| 11 | CHASE BANK USA | 7100-000 | N/A | 23,663.36 | 23,663.36 | 0.00 |
| 12 | CHASE BANK USA | 7100-000 | N/A | 1,865.86 | 1,865.86 | 0.00 |
| 13 | Steiner Electgric Company | 7100-000 | N/A | 1,112.88 | 0.00 | 0.00 |
| 14 | Stevens, Jim | 7100-000 | N/A | 14,741.00 | 0.00 | 0.00 |
| 15 | Palmquist Engineering | 7100-000 | N/A | 2,699.00 | 0.00 | 0.00 |
| 16 | American Express Centurion Bank | 7100-000 | N/A | 15,693.71 | 15,693.71 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | American Express Centurion Bank | 7100-000 | N/A | 104,072.81 | 104,072.81 | 0.00 |
| 19 | DeKalb Iron & Metal | 7100-000 | N/A | 95,908.72 | 0.00 | 0.00 |
| 21 | U.S. Bank N.A./Retail Payment Solutions | 7100-000 | N/A | 9,233.32 | 9,233.32 | 0.00 |
| 22 | Patriot Steel & Tube, Inc | 7100-000 | N/A | 182,955.71 | 0.00 | 0.00 |
| 23 -2 | Advanta Bank Corp | 7100-000 | N/A | 2,845.71 | 2,845.71 | 0.00 |
| 24 | D & D Automation | 7100-000 | N/A | 20,882.03 | 0.00 | 0.00 |
| 25 | Megan G. Heeg, Esq. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 26 | Alexander Lumber Co. | 7100-000 | N/A | 6,253.03 | 6,253.03 | 0.00 |
| 28 -2 | Systems & Services Technologies, Inc. | 7100-000 | N/A | 23,489.54 | 23,489.54 | 0.00 |
| 29 | Northwest Metrology | 7100-000 | N/A | 58,002.70 | 0.00 | 0.00 |
| 30 | W. Davis & Assoc., Inc. | 7100-000 | N/A | 2,745.16 | 0.00 | 0.00 |
| 36UF | A+ Staffing Inc | 7100-000 | 198,222.00 | N/A | N/A | 0.00 |
| 37UF | Abbott Rubber Co Inc | 7100-000 | 9,029.99 | N/A | N/A | 0.00 |
| 38UF | Alabama Metal Industries | 7100-000 | 30,370.47 | N/A | N/A | 0.00 |
| 39UF | Alan J Bolen | 7100-000 | 19,806.00 | N/A | N/A | 0.00 |
| 40UF | Alloyweld Inspection Co Inc | 7100-000 | 420.00 | N/A | N/A | 0.00 |
| 41UF | American Education Services | 7100-000 | 30,983.23 | N/A | N/A | 0.00 |
| 42UF | American Grinding & Machine Co | 7100-000 | 2,640.00 | N/A | N/A | 0.00 |
| 43UF | Ameripath Florida | 7100-000 | 141.80 | N/A | N/A | 0.00 |
| 44UF | Amico | 7100-000 | 24,169.66 | N/A | N/A | 0.00 |
| 45UF | Aramark Uniforms | 7100-000 | 1,415.00 | N/A | N/A | 0.00 |
| 46UF | Aramark Uniforms | 7100-000 | 7,022.00 | N/A | N/A | 0.00 |
| 47UF | Ascent Mfg Company | 7100-000 | 25,157.00 | N/A | N/A | 0.00 |
| 48UF | Associated Spring Raymon | 7100-000 | 498.00 | N/A | N/A | 0.00 |
| 49UF | AT&T | 7100-000 | 1,297.00 | N/A | N/A | 0.00 |
| 50UF | AT&T Capital Services | 7100-000 | 10,704.84 | N/A | N/A | 0.00 |
| 51UF | Automation Support | 7100-000 | 337.00 | N/A | N/A | 0.00 |
| 52UF | Barrington Automation | 7100-000 | 14,390.00 | N/A | N/A | 0.00 |
| 53UF | Bay Insulation of Illinois | 7100-000 | 3,417.71 | N/A | N/A | 0.00 |
| 54UF | Bear Headquarters | 7100-000 | 3,716.00 | N/A | N/A | 0.00 |
| 55UF | Benard Koczor | 7100-000 | 14,910.00 | N/A | N/A | 0.00 |
| 56UF | Michael Berna | 7100-000 | 2,751.00 | N/A | N/A | 0.00 |
| 57UF | Blocher Company | 7100-000 | 3,240.00 | N/A | N/A | 0.00 |
| 58UF | Dan Bockman | 7100-000 | 16,165.87 | N/A | N/A | 0.00 |
| 59UF | Brenco Machine & Tool Inc | 7100-000 | 4,026.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 60UF | Brown-Campbell Company | 7100-000 | 2,487.00 | N/A | N/A | 0.00 |
| 61UF | BTM Industries | 7100-000 | 10,554.00 | N/A | N/A | 0.00 |
| 62UF | Bull Valley Golf Club | 7100-000 | 244.21 | N/A | N/A | 0.00 |
| 63UF | C Coffey Company Inc | 7100-000 | 16,838.00 | N/A | N/A | 0.00 |
| 64UF | Caldwell Bener & Caldwell | 7100-000 | 41,015.00 | N/A | N/A | 0.00 |
| 65UF | Cartridge World | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| 66UF | Catching Fluid Power | 7100-000 | 39.00 | N/A | N/A | 0.00 |
| 67UF | Joseph Chan | 7100-000 | 17,815.56 | N/A | N/A | 0.00 |
| 68UF | Chase Card Services - AOL | 7100-000 | 22,991.31 | N/A | N/A | 0.00 |
| 69UF | Tom Chasteen | 7100-000 | 7,766.00 | N/A | N/A | 0.00 |
| 70UF | CHS NW | 7100-000 | 266.00 | N/A | N/A | 0.00 |
| 71UF | Cintas First Aid & Safety | 7100-000 | 704.00 | N/A | N/A | 0.00 |
| 72UF | CMC Management LLC | 7100-000 | 72,335.37 | N/A | N/A | 0.00 |
| 73UF | CMW Welding | 7100-000 | 30,717.00 | N/A | N/A | 0.00 |
| 74UF | Coface Collections North America | 7100-000 | 824.34 | N/A | N/A | 0.00 |
| 75UF | Columbia Pipe & Supply Co | 7100-000 | 16,968.00 | N/A | N/A | 0.00 |
| 76UF | Computer Aided Technology | 7100-000 | 19,781.00 | N/A | N/A | 0.00 |
| 77UF | Consolidated Electrical Distributor | 7100-000 | 416.23 | N/A | N/A | 0.00 |
| 78UF | Cordstrap USA Inc | 7100-000 | 596.00 | N/A | N/A | 0.00 |
| 79UF | Credit Bureau Services | 7100-000 | 186.00 | N/A | N/A | 0.00 |
| 80UF | Crystal Lake Dermatology | 7100-000 | 8.91 | N/A | N/A | 0.00 |
| 81UF | Crystal Lake Engraving | 7100-000 | 12.28 | N/A | N/A | 0.00 |
| 82UF | Culligan | 7100-000 | 897.00 | N/A | N/A | 0.00 |
| 83UF | D & G Welding Supply Co | 7100-000 | 5,805.00 | N/A | N/A | 0.00 |
| 84UF | Dell Business Credit | 7100-000 | 10,215.00 | N/A | N/A | 0.00 |
| 85UF | Dell Marketing | 7100-000 | 5,410.00 | N/A | N/A | 0.00 |
| 86UF | Design Resource Center | 7100-000 | 2,593.00 | N/A | N/A | 0.00 |
| 87UF | DGI Supply Chicago | 7100-000 | 2,594.00 | N/A | N/A | 0.00 |
| 88UF | Dill Brothers | 7100-000 | 13,066.00 | N/A | N/A | 0.00 |
| 89UF | Dr. Jeffrey S Kellogg | 7100-000 | 460.96 | N/A | N/A | 0.00 |
| 90UF | Eagle Fasteners Corp | 7100-000 | 5,439.00 | N/A | N/A | 0.00 |
| 91UF | Edgar Scharp | 7100-000 | 94,270.00 | N/A | N/A | 0.00 |
| 92UF | EESCO | 7100-000 | 506.00 | N/A | N/A | 0.00 |
| 93UF | Eisenmann Corp | 7100-000 | 31,883.00 | N/A | N/A | 0.00 |
| 94UF | Electrical Controls Distributers | 7100-000 | 243.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 95UF | Electrozad Supply Co | 7100-000 | 221.00 | N/A | N/A | 0.00 |
| 96UF | Erie Insurance | 7100-000 | 19,120.00 | N/A | N/A | 0.00 |
| 97UF | Exechon AB | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| 98UF | Express Lawn Care & Maintenance | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| 99UF | Express Service Inc | 7100-000 | 32,000.00 | N/A | N/A | 0.00 |
| 100UF | Fastenal | 7100-000 | 9,189.00 | N/A | N/A | 0.00 |
| 101UF | Fed Ex | 7100-000 | 54.00 | N/A | N/A | 0.00 |
| 102UF | Ferguson | 7100-000 | 11,270.00 | N/A | N/A | 0.00 |
| 103UF | Fifth Third Bank | 7100-000 | 4,706.20 | N/A | N/A | 0.00 |
| 104UF | First Equity Card Corp | 7100-000 | 6,959.00 | N/A | N/A | 0.00 |
| 105UF | Fisher Scientific | 7100-000 | 597.00 | N/A | N/A | 0.00 |
| 106UF | Fisher/Unitech | 7100-000 | 2,975.00 | N/A | N/A | 0.00 |
| 107UF | Fitzgerald Equipment Co | 7100-000 | 1,287.00 | N/A | N/A | 0.00 |
| 108UF | Fort Dearborn Life Insurance | 7100-000 | 399.00 | N/A | N/A | 0.00 |
| 109UF | Fox Valley Internal Medicine | 7100-000 | 907.48 | N/A | N/A | 0.00 |
| 110UF | Grainger | 7100-000 | 262.00 | N/A | N/A | 0.00 |
| 111UF | Dave Grenlund | 7100-000 | 2,950.00 | N/A | N/A | 0.00 |
| 112UF | H&M Limousine Service | 7100-000 | 579.00 | N/A | N/A | 0.00 |
| 113UF | Hilton Grand Vacations Club | 7100-000 | 4,287.60 | N/A | N/A | 0.00 |
| 114UF | Holy Apostles | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| 115UF | HR Accounts Inc | 7100-000 | 244.52 | N/A | N/A | 0.00 |
| 116UF | Igus Inc | 7100-000 | 4,012.00 | N/A | N/A | 0.00 |
| 117UF | Illinois Tollway | 7100-000 | 187.10 | N/A | N/A | 0.00 |
| 118UF | IMF Inc | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| 119UF | JA Frate Inc | 7100-000 | 872.66 | N/A | N/A | 0.00 |
| 120UF | JDP Service & Maintenance | 7100-000 | 745.00 | N/A | N/A | 0.00 |
| 121UF | Jeremy Polizzi | 7100-000 | 981.87 | N/A | N/A | 0.00 |
| 122UF | Johnsston & Chapman | 7100-000 | 2,187.00 | N/A | N/A | 0.00 |
| 123UF | JTN | 7100-000 | 52,860.00 | N/A | N/A | 0.00 |
| 124UF | Kaltenbach Inc | 7100-000 | 326.00 | N/A | N/A | 0.00 |
| 125UF | Kent H Landsberg | 7100-000 | 1,370.00 | N/A | N/A | 0.00 |
| 126UF | KHL Engineered Packaging | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| 127UF | Klapperich Tool Inc | 7100-000 | 9,055.00 | N/A | N/A | 0.00 |
| 128UF | Kohl's | 7100-000 | 665.03 | N/A | N/A | 0.00 |
| 129UF | L A Fasteners | 7100-000 | 95.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 130UF | Lea & Sachs Inc | 7100-000 | 1,731.00 | N/A | N/A | 0.00 |
| 131UF | Lee Jensen Sales | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| 132UF | Al Lescher | 7100-000 | 47,115.39 | N/A | N/A | 0.00 |
| 133UF | Liebovich Steel | 7100-000 | 31,565.00 | N/A | N/A | 0.00 |
| 134UF | Logsdon Office Supply | 7100-000 | 2,582.00 | N/A | N/A | 0.00 |
| 135UF | Magnetek | 7100-000 | 1,974.00 | N/A | N/A | 0.00 |
| 136UF | Marcus OIl | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| 137UF | Marian Central Catholic HS | 7100-000 | 3,252.14 | N/A | N/A | 0.00 |
| 138UF | Mayfair Carpet | 7100-000 | 4,953.00 | N/A | N/A | 0.00 |
| 139UF | McHenry Co Economic Development | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| 140UF | McHenry County Collector | 7100-000 | 61,783.89 | N/A | N/A | 0.00 |
| 141UF | McHenry Radiologists | 7100-000 | 136.00 | N/A | N/A | 0.00 |
| 142UF | McMaster Carr | 7100-000 | 6,811.00 | N/A | N/A | 0.00 |
| 143UF | McNichols Co | 7100-000 | 2,211.00 | N/A | N/A | 0.00 |
| 144UF | Metals & Services | 7100-000 | 4,595.54 | N/A | N/A | 0.00 |
| 145UF | Mid-Town Petroleum | 7100-000 | 43.00 | N/A | N/A | 0.00 |
| 146UF | Midas Touch | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| 149UF | Midwest Recycling Services Inc | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| 150UF | Miracle Financials | 7100-000 | 186.02 | N/A | N/A | 0.00 |
| 151UF | Moraine Emergency Physicians | 7100-000 | 20.20 | N/A | N/A | 0.00 |
| 152UF | Motion Industries | 7100-000 | 613.00 | N/A | N/A | 0.00 |
| 153UF | MTD-USA LLC | 7100-000 | 5,200.00 | N/A | N/A | 0.00 |
| 154UF | National Metal Fabricators | 7100-000 | 3,269.00 | N/A | N/A | 0.00 |
| 155UF | O'Brien Steel Service Co | 7100-000 | 20,930.35 | N/A | N/A | 0.00 |
| 156UF | Oakley Stell Products | 7100-000 | 8,519.00 | N/A | N/A | 0.00 |
| 157UF | Omni Environmental | 7100-000 | 3,750.00 | N/A | N/A | 0.00 |
| 158UF | On-Target Sales | 7100-000 | 2,740.00 | N/A | N/A | 0.00 |
| 159UF | P D Life Enterprises Inc | 7100-000 | 35,661.04 | N/A | N/A | 0.00 |
| 160UF | Packaging Machinery Inc | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| 161UF | Paychex | 7100-000 | 51,754.64 | N/A | N/A | 0.00 |
| 162UF | Pepper & Fuchs Inc | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| 163UF | Joseph Phelan | 7100-000 | 3,120.00 | N/A | N/A | 0.00 |
| 164UF | Mary Phelan | 7100-000 | 26,584.65 | N/A | N/A | 0.00 |
| 165UF | Michael Phelan | 7100-000 | 84,917.77 | N/A | N/A | 0.00 |
| 166UF | Pier 1 Imports | 7100-000 | 1,762.16 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 167UF | Gary Pittack | 7100-000 | 4,979.00 | N/A | N/A | 0.00 |
| 168UF | Pittsburgh Paints | 7100-000 | 10,771.00 | N/A | N/A | 0.00 |
| 169UF | Power Logic Corp | 7100-000 | 13,972.00 | N/A | N/A | 0.00 |
| 170UF | Premier Transportation | 7100-000 | 9,150.00 | N/A | N/A | 0.00 |
| 171UF | Printer Supplies | 7100-000 | 279.00 | N/A | N/A | 0.00 |
| 172UF | Project Source Welders & Fab Inc | 7100-000 | 48,111.00 | N/A | N/A | 0.00 |
| 173UF | Quest Diagnostics | 7100-000 | 975.71 | N/A | N/A | 0.00 |
| 174UF | Quill Corporation | 7100-000 | 532.00 | N/A | N/A | 0.00 |
| 175UF | Reliable Electrical Mechancial Services | 7100-000 | 22,000.00 | N/A | N/A | 0.00 |
| 176UF | Revere Electrical Supply Co | 7100-000 | 31,609.00 | N/A | N/A | 0.00 |
| 177UF | Roadway Express | 7100-000 | 3,461.00 | N/A | N/A | 0.00 |
| 178UF | Robert James Sales | 7100-000 | 26,562.00 | N/A | N/A | 0.00 |
| 179UF | Robin F Pendergrast Photography | 7100-000 | 17,058.00 | N/A | N/A | 0.00 |
| 180UF | Rockford Industrial Welding | 7100-000 | 20,381.00 | N/A | N/A | 0.00 |
| 181UF | Rolled Alloy | 7100-000 | 37,118.00 | N/A | N/A | 0.00 |
| 182UF | RSM Company | 7100-000 | 1,086.00 | N/A | N/A | 0.00 |
| 183UF | Ryerson Inc | 7100-000 | 197,314.86 | N/A | N/A | 0.00 |
| 184UF | Sallie Mae | 7100-000 | 20,253.48 | N/A | N/A | 0.00 |
| 185UF | Scion Steel | 7100-000 | 248,921.00 | N/A | N/A | 0.00 |
| 186UF | Secretary of State | 7100-000 | 103.00 | N/A | N/A | 0.00 |
| 187UF | Service Limousine | 7100-000 | 84.00 | N/A | N/A | 0.00 |
| 188UF | Sheet Metal Workers Local 265 | 7100-000 | unknown | N/A | N/A | 0.00 |
| 189UF | Sidero AB Lastmkargatan | 7100-000 | 61,390.00 | N/A | N/A | 0.00 |
| 190UF | Specialty Rolled Metals | 7100-000 | 47,095.78 | N/A | N/A | 0.00 |
| 191UF | SST | 7100-000 | 33,059.54 | N/A | N/A | 0.00 |
| 192UF | St Mary's Good Samaritan Medical | 7100-000 | 93.00 | N/A | N/A | 0.00 |
| 193UF | Stan's Financial Service | 7100-000 | 824.00 | N/A | N/A | 0.00 |
| 194UF | Jim Stevens | 7100-000 | 16,346.15 | N/A | N/A | 0.00 |
| 195UF | Stockbridge Mfg | 7100-000 | 29,480.00 | N/A | N/A | 0.00 |
| 196UF | Strand Mfg Inc | 7100-000 | 1,881.00 | N/A | N/A | 0.00 |
| 197UF | Strippet INc | 7100-000 | 2,837.00 | N/A | N/A | 0.00 |
| 198UF | John D Swartz | 7100-000 | 182.00 | N/A | N/A | 0.00 |
| 199UF | Andrew Swick | 7100-000 | 7,938.00 | N/A | N/A | 0.00 |
| 200UF | TAG Technologies | 7100-000 | 7,530.00 | N/A | N/A | 0.00 |
| 201UF | Tandem Engineering | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 202UF | TECH 3 | 7100-000 | 1,680.00 | N/A | N/A | 0.00 |
| 203UF | Uline | 7100-000 | 595.00 | N/A | N/A | 0.00 |
| 204UF | Universal Premium Acceptance | 7100-000 | 6,962.00 | N/A | N/A | 0.00 |
| 205UF | UPS | 7100-000 | 991.00 | N/A | N/A | 0.00 |
| 206UF | U S Bank | 7100-000 | 8,182.00 | N/A | N/A | 0.00 |
| 207UF | U S Bank | 7100-000 | 9,651.77 | N/A | N/A | 0.00 |
| 208UF | Lynne Victor | 7100-000 | 24,364.08 | N/A | N/A | 0.00 |
| 209UF | Viking Materials Inc | 7100-000 | 88,257.00 | N/A | N/A | 0.00 |
| 210UF | Waste Management | 7100-000 | 1,153.00 | N/A | N/A | 0.00 |
| 211UF | Wesco | 7100-000 | 7,136.92 | N/A | N/A | 0.00 |
| 212UF | Dave Wessel | 7100-000 | 15,760.30 | N/A | N/A | 0.00 |
| 213UF | White Brothers Trucking | 7100-000 | 29,910.00 | N/A | N/A | 0.00 |
| 214UF | Terry L Zwiger | 7100-000 | 1,988.16 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 2,586,341.74 | 897,247.68 | 241,710.52 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70398  
**Case Name:** PHELAN, JOSEPH M.  
PHELAN, MARY M.  
**Period Ending:** 03/23/11  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/11/09 (f)  
**§341(a) Meeting Date:** 03/18/09  
**Claims Bar Date:** 09/22/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 9509 Florence, woodstock, IL | 1,600,000.00 | 60,966.00 | DA | 0.00 | FA |
| 2 | cash | 100.00 | 100.00 | DA | 0.00 | FA |
| 3 | misc. furnishings | 22,000.00 | 11,158.28 | | 9,777.00 | FA |
| 4 | clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Met Life - universal life (Mike $250,000.00) | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Met Life - Universal Life (Mary - $25,000.00) | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Northwestern Mutual - term $750,000.00 for Micha | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Northwestern term $300,000.00 Mary | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2004 GMC Sierra | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2006 GM Cadillac SRX | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2008 Infinit QX56 | 32,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 34' RV New Vision 5th Wheel Camper 2003 Repossessed by Creditor, SST in November 2008 for non-payment. | 30,000.00 | 30,000.00 | DA | 0.00 | FA |
| 13 | Polaris ATV 2006 | 6,500.00 | 6,500.00 | | 4,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.69 | FA |
| 14 | Assets Totals (Excluding unknown values) | $1,722,100.00 | $108,724.28 | | $13,779.69 | $0.00 |

**Major Activities Affecting Case Closing:**

TRUSTEE PURSUING RECOVERY OF ASSETS FOR SALE.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010   **Current Projected Date Of Final Report (TFR):**   July 6, 2010 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-70398 | | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** | PHELAN, JOSEPH M. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | PHELAN, MARY M. | | **Account:** | \*\*\*-\*\*\*\*\*65-65 - Money Market Account |
| **Taxpayer ID #:** | \*\*-\*\*\*5449 | | **Blanket Bond:** | $552,000.00  (per case limit) |
| **Period Ending:** | 03/23/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/22/09 | {3} | Action Auctioneering | Proceeds from Auction of Personal Property | 1129-000 | 9,777.00 | | 9,777.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 9,777.05 |
| 01/26/10 | | To Account #\*\*\*\*\*\*\*\*6566 | Transfer to Payment Auctioneer Fees & Expenses | 9999-000 | | 3,000.00 | 6,777.05 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 6,777.41 |
| 02/26/10 | {13} | Action Auctioneering | Sale of ATV and tires and rims. | 1129-000 | 4,000.00 | | 10,777.41 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 10,777.66 |
| 03/26/10 | | To Account #\*\*\*\*\*\*\*\*6566 | Payment to Auctioneer | 9999-000 | | 1,000.00 | 9,777.66 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 9,778.12 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 9,778.18 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*6565 | Wire out to BNYM account 9200\*\*\*\*\*\*6565 | 9999-000 | -9,778.18 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,000.00 | 4,000.00 | $0.00 |
| Less: Bank Transfers | -9,778.18 | 4,000.00 | |
| **Subtotal** | 13,778.18 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$13,778.18** | **$0.00** | |

{} Asset reference(s)

Printed: 03/23/2011 03:52 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-70398  
**Case Name:** PHELAN, JOSEPH M.  
PHELAN, MARY M.  
**Taxpayer ID #:** **-***5449  
**Period Ending:** 03/23/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****65-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/26/10 | | From Account #********6565 | Transfer to Payment Auctioneer Fees & Expenses | 9999-000 | 3,000.00 | | 3,000.00 |
| 01/26/10 | 101 | Terry Firch | | | | 2,841.72 | 158.28 |
| | | | 1,955.40 | 3610-000 | | | 158.28 |
| | | | 886.32 | 3620-000 | | | 158.28 |
| 03/26/10 | | From Account #********6565 | Payment to Auctioneer | 9999-000 | 1,000.00 | | 1,158.28 |
| 03/26/10 | 102 | Terry Firch | Ref # ATV SALE | 3610-000 | | 951.88 | 206.40 |
| 04/06/10 | | Wire out to BNYM account 9200******6566 | Wire out to BNYM account 9200******6566 | 9999-000 | -206.40 | | 0.00 |
| | | **ACCOUNT TOTALS** | | | 3,793.60 | 3,793.60 | $0.00 |
| | | Less: Bank Transfers | | | 3,793.60 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 3,793.60 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$3,793.60** | |

{} Asset reference(s)

Printed: 03/23/2011 03:52 PM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-70398 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | PHELAN, JOSEPH M. | | Bank Name: | The Bank of New York Mellon |
| | PHELAN, MARY M. | | Account: | 9200-******65-65 - Money Market Account |
| Taxpayer ID #: | **-***5449 | | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 03/23/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6565 | Wire in from JPMorgan Chase Bank, N.A. account ********6565 | 9999-000 | 9,778.18 | | 9,778.18 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.41 | | 9,778.59 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.58 | | 9,779.17 |
| 06/29/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.52 | | 9,779.69 |
| 06/29/10 | | To Account #9200******6566 | Close Account for Final Report | 9999-000 | | 9,779.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,779.69 | 9,779.69 | $0.00 |
| | | | Less: Bank Transfers | | 9,778.18 | 9,779.69 | |
| | | | **Subtotal** | | **1.51** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.51** | **$0.00** | |

{} Asset reference(s)

Printed: 03/23/2011 03:52 PM    V.12.56

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 09-70398  
**Case Name:** PHELAN, JOSEPH M.  
　　　　　　　　PHELAN, MARY M.  
**Taxpayer ID #:** **-***5449  
**Period Ending:** 03/23/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******65-66 - Checking Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6566 | Wire in from JPMorgan Chase Bank, N.A. account ********6566 | 9999-000 | 206.40 | | 206.40 |
| 06/03/10 | 10103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #09-70398, BOND #016018067 | 2300-000 | | 7.88 | 198.52 |
| 06/29/10 | | From Account #9200******6565 | Close Account for Final Report | 9999-000 | 9,779.69 | | 9,978.21 |
| 08/19/10 | 10104 | BERNARD J. NATALE | Dividend paid 100.00% on $1,800.00, Trustee Compensation; Reference: | 2100-000 | | 1,800.00 | 8,178.21 |
| 08/19/10 | 10105 | Kyle Victor | Distribution paid 23.06% on $340.06; Claim# 27A; Filed: $340.06; Reference: 4028 Stopped on 01/25/11 | 5400-004 | | 78.44 | 8,099.77 |
| 08/19/10 | 10106 | Jacqueline Sumpter | Distribution paid 23.06% on $627.76; Claim# 27B; Filed: $627.76; Reference: 5772 | 5400-000 | | 144.80 | 7,954.97 |
| 08/19/10 | 10107 | Ricky Saengsouvanh | Distribution paid 23.06% on $215.91; Claim# 27C; Filed: $215.91; Reference: 4551 Stopped on 01/25/11 | 5400-004 | | 49.81 | 7,905.16 |
| 08/19/10 | 10108 | John LaMeyer | Distribution paid 23.06% on $944.56; Claim# 27D; Filed: $944.56; Reference: 6647 | 5400-000 | | 217.87 | 7,687.29 |
| 08/19/10 | 10109 | Randall Kosch | Distribution paid 23.06% on $944.56; Claim# 27E; Filed: $944.56; Reference: 0390 | 5400-000 | | 217.86 | 7,469.43 |
| 08/19/10 | 10110 | Douglas Hulsey | Distribution paid 23.06% on $627.76; Claim# 27F; Filed: $627.76; Reference: 6892 | 5400-000 | | 144.79 | 7,324.64 |
| 08/19/10 | 10111 | Esquivel Rufino | Distribution paid 23.06% on $397.42; Claim# 27G; Filed: $397.42; Reference: 3071 Stopped on 01/25/11 | 5400-004 | | 91.66 | 7,232.98 |
| 08/19/10 | 10112 | Stephen Canfield | Distribution paid 23.06% on $944.56; Claim# 27H; Filed: $944.56; Reference: 5371 | 5400-000 | | 217.86 | 7,015.12 |
| 08/19/10 | 10113 | Elias Espinosa | Distribution paid 23.06% on $664.48; Claim# 27I; Filed: $664.48; Reference: 9126 | 5400-000 | | 153.26 | 6,861.86 |
| 08/19/10 | 10114 | Todd Booker | Distribution paid 23.06% on $340.06; Claim# 27J; Filed: $340.06; Reference: 0430 Stopped on 01/25/11 | 5400-004 | | 78.43 | 6,783.43 |
| 08/19/10 | 10115 | Adam Larson | Distribution paid 23.06% on $340.06; Claim# 27K; Filed: $340.06; Reference: 0656 | 5400-000 | | 78.43 | 6,705.00 |
| 08/19/10 | 10116 | Terry Wilson | Distribution paid 23.06% on $627.76; Claim# 27L; Filed: $627.76; Reference: 6829 | 5400-000 | | 144.79 | 6,560.21 |
| 08/19/10 | 10117 | James Greinke | Distribution paid 23.06% on $944.56; Claim# 27M; Filed: $944.56; Reference: 5468 | 5400-000 | | 217.86 | 6,342.35 |
| 08/19/10 | 10118 | Daniel Larson | Distribution paid 23.06% on $944.56; Claim# | 5400-004 | | 217.86 | 6,124.49 |

Subtotals :　　　$9,986.09　　　$3,861.60

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 03/23/2011 03:52 PM　　　V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-70398 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | PHELAN, JOSEPH M. | | Bank Name: | The Bank of New York Mellon |
| | PHELAN, MARY M. | | Account: | 9200-******65-66 - Checking Account |
| Taxpayer ID #: | **-***5449 | | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 03/23/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 27N; Filed: $944.56; Reference: 3319<br>Stopped on 01/25/11 | | | | |
| 08/19/10 | 10119 | Raymond Zwiger | Distribution paid  23.06% on $340.06; Claim# 27O; Filed: $340.06; Reference: 0890<br>Stopped on 01/25/11 | 5400-004 | | 78.43 | 6,046.06 |
| 08/19/10 | 10120 | Courtney Kosch | Distribution paid 23.06% on $295.08; Claim# 27P; Filed: $295.08; Reference: 1338 | 5400-000 | | 68.06 | 5,978.00 |
| 08/19/10 | 10121 | Benjamin Borello | Distribution paid  23.06% on $534.83; Claim# 27Q; Filed: $534.83; Reference: 6772 | 5400-000 | | 123.36 | 5,854.64 |
| 08/19/10 | 10122 | Todd Iverson | Distribution paid  23.06% on $265.74; Claim# 27R; Filed: $265.74; Reference: 1940 | 5400-000 | | 61.29 | 5,793.35 |
| 08/19/10 | 10123 | Gregory Kamysz | Distribution paid  23.06% on $361.64; Claim# 27S; Filed: $361.64; Reference: 0715 | 5400-000 | | 83.41 | 5,709.94 |
| 08/19/10 | 10124 | Joshua Ruffner | Distribution paid  23.06% on $137.58; Claim# 27T; Filed: $137.58; Reference: 4238<br>Stopped on 01/25/11 | 5400-004 | | 31.73 | 5,678.21 |
| 08/19/10 | 10125 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 5,678.21 | 0.00 |
| | | | Dividend paid 100.00%          5,437.56<br>on $5,437.56;  Claim#<br>ATTY; Filed: $8,840.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%           240.65<br>on $240.65;  Claim#<br>EXP; Filed: $240.65 | 3120-000 | | | 0.00 |
| 01/25/11 | 10105 | Kyle Victor | Distribution paid  23.06% on $340.06; Claim# 27A; Filed: $340.06; Reference: 4028<br>Stopped: check issued on 08/19/10 | 5400-004 | | -78.44 | 78.44 |
| 01/25/11 | 10107 | Ricky Saengsouvanh | Distribution paid  23.06% on $215.91; Claim# 27C; Filed: $215.91; Reference: 4551<br>Stopped: check issued on 08/19/10 | 5400-004 | | -49.81 | 128.25 |
| 01/25/11 | 10111 | Esquivel Rufino | Distribution paid  23.06% on $397.42; Claim# 27G; Filed: $397.42; Reference: 3071<br>Stopped: check issued on 08/19/10 | 5400-004 | | -91.66 | 219.91 |
| 01/25/11 | 10114 | Todd Booker | Distribution paid  23.06% on $340.06; Claim# 27J; Filed: $340.06; Reference: 0430<br>Stopped: check issued on 08/19/10 | 5400-004 | | -78.43 | 298.34 |
| 01/25/11 | 10118 | Daniel Larson | Distribution paid  23.06% on $944.56; Claim# 27N; Filed: $944.56; Reference: 3319<br>Stopped: check issued on 08/19/10 | 5400-004 | | -217.86 | 516.20 |
| 01/25/11 | 10119 | Raymond Zwiger | Distribution paid  23.06% on $340.06; Claim# | 5400-004 | | -78.43 | 594.63 |

Subtotals :       $0.00       $5,529.86

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-70398 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | PHELAN, JOSEPH M. | | **Bank Name:** | The Bank of New York Mellon |
| | PHELAN, MARY M. | | **Account:** | 9200-******65-66 - Checking Account |
| **Taxpayer ID #:** | **-***5449 | | **Blanket Bond:** | $552,000.00 (per case limit) |
| **Period Ending:** | 03/23/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 27O; Filed: $340.06; Reference: 0890<br>Stopped: check issued on 08/19/10 | | | | |
| 01/25/11 | 10124 | Joshua Ruffner | Distribution paid 23.06% on $137.58; Claim#<br>27T; Filed: $137.58; Reference: 4238<br>Stopped: check issued on 08/19/10 | 5400-004 | | -31.73 | 626.36 |
| 01/25/11 | 10126 | Clerk of the U S Bankruptcy Court | Turnover of Unclaimed Funds<br>Voided on 01/25/11 | 8500-003 | | 626.36 | 0.00 |
| 01/25/11 | 10126 | Clerk of the U S Bankruptcy Court | Turnover of Unclaimed Funds<br>Voided: check issued on 01/25/11 | 8500-003 | | -626.36 | 626.36 |
| 01/25/11 | 10127 | CLERK OF THE BANKRUPTCY COURT | Payment of Unclaimed Funds from Case | 8500-001 | | 626.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,986.09 | 9,986.09 | $0.00 |
| | | | Less: Bank Transfers | | 9,986.09 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 9,986.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$9,986.09** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****65-65** | 13,778.18 | 0.00 | 0.00 |
| **Checking # ***-*****65-66** | 0.00 | 3,793.60 | 0.00 |
| **MMA # 9200-******65-65** | 1.51 | 0.00 | 0.00 |
| **Checking # 9200-******65-66** | 0.00 | 9,986.09 | 0.00 |
| | $13,779.69 | $13,779.69 | $0.00 |

{} Asset reference(s)                                                                                                                    Printed: 03/23/2011 03:52 PM    V.12.56